IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LESTER CONTRERAS AND ERICK FERNANDO GIRON**, on Behalf of Themselves and All Other Employees Similarly Situated | § § § § § | |
| Plaintiffs, | § § | Civil Action No. H-10-0219 |
| V. | § | JURY TRIAL DEMANDED |
| **F. C. DESIGNS, INC.** | § § § | |
| Defendant. | § | Collective Action |

### PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs Lester Contreras and Erick Fernando Giron hereby file their certificate of interested parties in accordance with the court's order for conference.

The following individuals or entities are financially interested in the outcome of this litigation: (1) Lester Contreras; (2) Erick Fernando Giron; and (3) Monshaugen & Van Huff, P.C.

Respectfully submitted,

By: /s/ Albert T. Van Huff
ALBERT T. VAN HUFF
Texas Bar No. 24028183
Southern District No. 26968
1225 North Loop West, Suite 640
Houston, Texas  77008
Tel. (713) 880-2992
Fax (713) 880-5297

ATTORNEY IN CHARGE FOR
PLAINTIFFS LESTER CONTRERAS
AND ERICK FERNANDO GIRON

OF COUNSEL:

MONSHAUGEN & VAN HUFF, P.C.
1225 North Loop West, Suite 640
Houston, Texas 77008
Tel. (713) 880-2992
Fax (713) 880-5297